**FIREMAN'S FUND INDEMNITY COMPANY, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 13341.**

United States Court of Appeals
Ninth Circuit.

Feb. 19, 1954.

Anderson, McPharlin & Conners, Kenneth E. Lewis, Los Angeles, Cal., for appellant.

Ellis N. Slack, Meyer Rothwacks, Fred E. Youngman, Sp. Assts. to Atty. Gen., Washington, D. C., Laughlin E. Waters, U. S. Atty., E. H. Mitchell, Edward R. McHale, Asst. U. S. Attys., Los Angeles, Cal., for appellees.

Worthington, Park & Worthington, Alden Ames, Herbert Kohlwes, San Francisco, Cal., amici curiæ.

Before MATHEWS, STEPHENS and BONE, Circuit Judges.

PER CURIAM.

In an action by appellee, the United States, against Swedlow Engineering Company, Inc., and appellant, Fireman's Fund Indemnity Company, D.C., 100 F. Supp. 796, and a judgment was entered against both defendants on November 21, 1952. Appellant has appealed. The judgment is reversed as to appellant upon the authority of Westover v. William Simpson Construction Co., 9 Cir., 908 F.2d 209, decided January 28, 1954.

**UNITED STATES of America ex rel. Quirino PANES, Relator-Appellant, v. Edward J. SHAUGHNESSY, District Director, New York Port, Immigration and Naturalization Service, Respondent-Appellee.**

**No. 93, Docket 22838.**

United States Court of Appeals
Second Circuit.

Argued Jan. 4, 1954.

Decided Jan. 21, 1954.

Rosauro Gomez, Brooklyn, N. Y., for relator-appellant.

J. Edward Lumbard, U. S. Atty., New York City (Harold J. Raby, Asst. U. S. Atty., and Lester Friedman, Atty., Immigration and Naturalization Service, Dept. of Justice, New York City, of counsel), for respondent-appellee.

Before CHASE, Chief Judge, CLARK, Circuit Judge, and GIBSON, District Judge.

PER CURIAM.

Order affirmed on opinion below. Ex parte Andal, 118 F.Supp. 949.